**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Kelly A. Mulcahy (Bar No. 305472)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
kelly@KRInternetLaw.com

Attorneys for Plaintiff BillFloat Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLFLOAT INC. dba SMARTBIZ LOANS**, a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>**COLLINS CASH INC. dba SMART BUSINESS FUNDING**, a New York corporation,<br><br>            Defendant. | Case No. 3:20-cv-09325<br><br>**PLAINTIFF BILLFOLAT INC. dba SMARTBIZ LOANS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully Submitted,

DATED: December 23, 2020

**KRONENBERGER ROSENFELD, LLP**

By: _____s/ Karl S. Kronenberger_____
Karl S. Kronenberger

Attorneys for Plaintiff BillFloat Inc.