MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Defendants,
Collins Cash Inc. and Abraham Cohen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLFLOAT INC. DBA SMARTBIZ LOANS, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS CASH INC. dba SMART BUSINESS FUNDING, a New York corporation; and ABRAHAM COHEN, an individual,<br><br>Defendants. | Case No. 3:20-cv-09325-EMC<br><br>**DEFENDANTS' NOTICE OF LODGMENT OF DEFENDANTS' TRIAL EXHIBITS**<br><br>Trial Date: November 14, 2022<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

\\
\\
\\

1  PLEASE TAKE NOTICE that pursuant to the Court's Amended Case
2  Management and Pretrial Order (ECF No. 77) and the Court's October 6,
3  2022 Order (ECF No. 96), Defendants Collins Cash Inc. and Abraham Cohen
4  lodged true and correct copies of Defendant's Trial Exhibits on October 11, 2022.

Respectfully submitted,

**MANDOUR & ASSOCIATES, APC**

Date: October 11, 2022

　　　/s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Defendants,
Collins Cash, Inc. and Abraham Cohen

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the same on the parties.

Date: <u>October 11, 2022</u>

                <u>  /s/ Ben T. Lila                    </u>
                Ben T. Lila
                Email: blila@mandourlaw.com