1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   MARTIN R. BADER, Cal. Bar No. 222865
3  E mail: mbader@sheppardmullin.com
   JESSE A. SALEN, Cal. Bar No. 292043
4  E mail: jsalen@sheppardmullin.com
   12275 El Camino Real, Suite 100
5  San Diego, California 92130-4092
   Telephone:    858.720.8900
6  Facsimile:    858.509.3691

7  KRONENBERGER ROSENFELD, LLP
   Karl S. Kronenberger (Bar No. 226112)
8  Email: karl@KRInternetLaw.com
   Kelly A. Mulcahy (Bar No. 305472)
9  Email: kelly@KRInternetLaw.com
   150 Post Street, Suite 520
10 San Francisco, CA 94108
   Telephone: (415) 955-1155

11
   Attorneys for Plaintiff BillFloat Inc.
12
   MANDOUR & ASSOCIATES, APC
13 Joseph A. Mandour, III (Bar No. 188896)
   Gordon E. Gray (Bar No. 175209)
14 Ben T. Lila (Bar No. 246808)
   8605 Santa Monica Blvd., Suite 1500
15 Los Angeles, CA 90069
   Telephone: (858) 487-9300
16 jmandour@mandourlaw.com
   ggray@mandourlaw.com
17 blila@mandourlaw.com

18 Attorneys for Defendants

19                UNITED STATES DISTRICT COURT

20    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  BILLFLOAT INC. dba SMARTBIZ<br>LOANS, a Delaware corporation, | Case No. 3:20-cv-09325-EMC |
| 22 | |
|          Plaintiff, | **AMENDED JOINT TRIAL EXHIBIT LIST** |
| 23        v. | |
| 24  COLLINS CASH INC. dba SMART<br>BUSINESS FUNDING, a New York | |
| 25  Corporation; and ABRAHAM COHEN,<br>an individual, | |
| 26 | |
|          Defendants. | |

27

28

| Exhibit | Pty | Document Description | Bates Range(s) | Witness(es) / Purpose | Objection(s) & Party[1] | Response to Objections | Court Use |
|---------|-----|----------------------|----------------|-----------------------|-------------------------|------------------------|-----------|
| Trial Ex. 1 | P | 03/27/2014 Trademark Registration Certificate for SmartBiz Reg. No. 4475356 (ECF No. 50-1 Ex. G) | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 2 | P | 01/02/2018 Trademark Registration Certificate for SmartBiz Loans Reg. No. 5368330 | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 3 | P | 12/11/2018 Trademark Registration Certificate for SmartBiz Reg. No. 5685165 | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 4 | P | 03/12/2019 Trademark Registration Certificate for SmartBiz Advisor Reg. No. 5695705 | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 5 | P | 03/12/2019 Trademark Registration Certificate for SmartBiz Advisor Reg. No. 5695704 | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 6 | P | 03/20/2020 Notice Of Acknowledgement Under Section 15 for SmartBiz Reg. No. 4475356 | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 7 | P | SmartBiz Logo (Singer Depo Ex. 11) | BF0000177 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 8 | J | 07/30/2013 Trademark specimen submitted in connection with Trademark Application U.S. Serial No. 86023486 for SmartBiz (Singer Depo Ex. 19) | | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |

---

[1] The parties objections are referred to as follows:  A = Not authenticated pursuant to Fed. R. Evid. 901; C = Cumulative; F = Lack of Foundation; H = Hearsay; IC = Incomplete Document; S = Improper Compilation or Summary; O = Improper Opinion; R =Not Relevant; P = Unduly prejudicial or waste of time pursuant to Fed. R. Evid. 403; ND = Not timely disclosed

AMENDED JOINT EXHIBIT LIST
Case No. 3:20-cv-09325-EMC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 9 | J | SmartBiz Logo (Singer Depo Ex. 12) | BF0000178 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 10 | J | 07/30/2013 Trademark Application U.S. Serial No. 86023486 (Singer Depo Ex. 20) | | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 11 | P | 05/13/2013 SmartBiz First Logos | BF0092796-BF0092798 | Evan Singer/likelihood of confusion | | | |
| Trial Ex. 12 | J | Timeline of logo development (Singer Depo Ex. 15) | BF0092799 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 13 | J | [AEO] BillFloat SmartBiz Launch Proposed PR Plan (Singer Depo Ex. 16) | BF0000133-BF0000135 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |

SMRH:4864-0900-6901
AMENDED JOINT EXHIBIT LIST

| Trial Ex. 14 | P | SmartBiz site (ECF No. 50-1 Ex. L) | | Evan Singer: likelihood of confusion | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 15 | J | SBA Perceptions Logo Survey (Singer Depo Ex. 18) | BF0092852-BF0092854 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 16 | J | 2013 SmartBiz "SBA loans made easy" ad (Singer Depo Ex. 9) | BF0000127-BF0000128 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 17 | J | 05/22/2013 [AEO] BillFloat Marketing Update (Singer Depo Ex. 7) | | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 18 | J | 05/24/2013 BillFloat SmartBiz Loan Website, Design Proof Final (Singer Depo Ex. 8) | | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |

SMRH:4864-0900-6901

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 19 | P | 06/01/2013 Beth Moore' SmartBiz Website Copy Invoice | BF0000113 | Evan Singer: likelihood of confusion | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 20 | P | 09/17/2013 BillFloat SmartBiz PR Plan_ | BF0000143-BF0000147 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 21 | P | 09/19/2013 SmartBiz Golden Pacific Bank "Grow Your Business" Postcard | BF0000125-BF0000126 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 22 | P | 12/20/2013 SmartBiz Marketing Kit "Need Money to Grow Your Business?" | BF0000138 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 23 | P | 12/20/2013 SmartBiz Marketing Kit "Affordable Business Lending" Flyer | BF0000139-BF0000140 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 24 | P | Infogroup -SmartBiz Female Owners Spreadsheet | BF0071786-BF0073986 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 25 | P | 01/30/2014 BillFloat Better Finance Identity, Design Proof Round 2 | BF0000148-BF0000155 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 26 | P | Tradeshow and Conference Sponsorships List for 2014-2017 | BF0092950 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 27 | P | 02/03/2014 [Confidential] 2014 SmartBiz Marketing Plan & Budget Q1&Q2 | BF0000156-BF0000161 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 28 | P | 02/04/2013 Estimate for Testimonial Video Production | BF0000162-BF0000163 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 29 | P | 02/07/2014 BillFloat Better Finance Identity, Design Proof Round 4 | BF0000164-BF0000165 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 30 | P | 04/02/2013 Better Finance Tradeshow Banner Design, Design Proof Round 3.2 | BF0000275-BF0000276 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 31 | P | 03/21/2014 Better Finance – SmartBiz Business System: Business Card, Envelope, Letterhead | BF0000189-BF0000192 | Evan Singer: likelihood of confusion | | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 32 | P | 04/05/2013 Beth Moore' Creative Brief to BillFloat SmartBiz (Singer Depo Ex. 3) | | P: Evan Singer: likelihood of confusion | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 33 | P | 03/17/2014 SmartBiz Commercial | BF0000188 | P: Evan Singer: likelihood of confusion | | | |
| Trial Ex. 34 | J | 04/29/2014 Better Finance Tradeshow Banner Designs, Design Proof Round 3 (Singer Depo Ex. 10) | BF0000207-BF0000209 | P: Evan Singer/likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 35 | J | 04/09/2013 Estimate for SmartBiz Logo and Website Design (Singer Depo Ex. 4) | BF0000010 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 36 | P | 04/09/2013 [Confidential] SmartBiz Marketing Plan, Q2 Plan 2013 | BF0000006-BF0000009 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 37 | J | 06/13/2014 [AEO] Q3 SmartBiz Marketing Budget Recommendation (Singer Depo Ex. 17) | BF0000212-BF0000216 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, F, R, P | Defendants: Mr. Singer will provide the foundation for his document as the identified corporate witness. Relevant to show "BIZ" use in marketplace. | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 38 | J | 04/22/2013 Schedule for Brand Identity and Website Design (Singer Depo Ex. 5) | BF0000011-BF0000012 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, F, R, P | Defendants: No response. | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 39 | P | 06/19/2014 SmartBiz Golden Pacific Bank Marketing Kit "Affordable Business Lending" | BF0000217-BF0000218 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 40 | J | 04/23/2013 [AEO] BillFloat SmartBiz Loan Identity, Design Proof Round 1 (Singer Depo Ex. 6) | | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 41 | P | 08/22/2014 BillFloat Better Finance SmartBiz Bank Partnership Flyer, Final | BF0000230-BF0000232 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 42 | P | 08/22/2014 BillFloat Better Finance SmartBiz Center State Bank Flyer, Final | BF0000220-BF0000222 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 43 | P | 08/22/2014 BillFloat Better Finance SmartBiz Statement Stuffer, Final | BF0000228-BF0000229 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 44 | P | 08/29/2014 BillFloat Better Finance SmartBiz Bank Partnership CalAsian Chamber of Commerce Flyer, Final | BF0000243-BF0000245 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 45 | P | 08/29/2014 BillFloat Better Finance SmartBiz Bank Partnership International Funding Group Flyer, Final | BF0000238-BF0000240 | Evan Singer: likelihood of confusion | | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 46 | P | 09/22/2014 [Confidential] Q4 SmartBiz Marketing Budget Recommendation | BF0000251-BF0000257 | Evan Singer: likelihood of confusion | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 47 | P | 12/16/2014 [Confidential] Q1 2015 SmartBiz Marketing Budget Recommendation | BF0000264-BF0000269 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 48 | P | 02/2015 [Confidential] Q2 2015 SmartBiz Marketing Budget Recommendation | BF0015823-BF0015828 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 49 | P | 02/02/2015 SmartBiz Sam's Club Flyer | BF0000270 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 50 | P | 03/18/2015 Estimate for Better Finance | BF0092672 | Evan Singer/likelihood of confusion | | | |
| Trial Ex. 51 | P | 03/18/2015 SmartBiz Approved Survey | BF0019947-BF0019955 | Evan Singer/likelihood of confusion | | | |
| Trial Ex. 52 | P | 2013 SmartBiz First Logo Statement Stuffer | BF0000141-BF0000142 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 53 | P | 04/30/2015 SmartBiz Loans UCCs 33000 Spreadsheet | BF0000277-BF0002914 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 54 | P | 2015 BillFloat Media Coverage, SSPR (ECF No. 50-1 Ex. J) | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 55 | P | 05/01/2015 DM Solutions 399 List | BF0002915-BF0005034 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 56 | P | 2015 SmartBiz Sam Club's Digital budget July-December | BF0053696-BF0053697 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 57 | P | 2015 [CONFIDENTIAL] SmartBiz Strategic Partner Guide | BF0071195-BF0071205 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 58 | P | 2016 Meridian Best Final Lists for January 2016 Spreadsheet | BF0084579-BF0086391 | Evan Singer: likelihood of confusion | | | |

| Trial Ex. 59 | P | 2016 Meridian FAIR final lists for January 2016 Mailer Spreadsheet | BF0082358-BF0084578 | Evan Singer: likelihood of confusion | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 60 | P | 2016 SmartBiz Conferences & Tradeshows 2016 Spreadsheet | BF0092781-BF0092782 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 61 | P | 05/01/2015 Infogroup Email General Biz Spreadsheet | BF0015834-BF0017706 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 62 | P | 05/2015 [Confidential] Q3 2015 SmartBiz Marketing Budget Recommendation | BF0015829-BF0015833 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 63 | P | 05/07/2015 UCC MCA Order Spreadsheet | BF0005035-BF0006054 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 64 | P | 05/29/2015 Info Group List Spreadsheet | BF0017707-BF0019922 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 65 | J | 06/05/2015 BillFloat mailers (Singer Depo Ex. 45) | | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 66 | P | 06/22/2015 Better Finance SmartBiz Website Homepage, "How It Works", and "Partners" Section, Design Proof Round 7 | BF0019956-BF0019968 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 67 | P | 07/01/2015 Infogroup UCC MCA Order Spreadsheet | BF0053220-BF0053695 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 68 | P | 07/01/2015 Meridian SmartBiz 78006 Spreadsheet | BF0019969-BF0021803 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 69 | | INTENTIONALLY LEFT BLANK | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 70 | P | 08/11/2015 Sam's Club Grow your business: exclusive Sam's Club business member savings email with SmartBiz ad | BF0092673-BF0092675 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 71 | P | 09/04/2015 SmartBiz Creative sets | BF0053929-BF0053938 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 72 | P | 10/21/2015 Meridian MCA UCCs 8093 Spreadsheet | BF0055783-BF0056291 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 73 | P | 10/21/2015 Meridian MCA UCCs Dentists Spreadsheet | BF0055775-BF0055782 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 74 | P | 10/21/2015 Meridian Equipment Leasing UCCs 31984 Spreadsheet | BF0053939-BF0055774 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 75 | P | 12/23/2015 Infogroup UCC order MCA Spreadsheet | BF0076114-BF0076273 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 76 | P | 10/23/2015 Infogroup UCC Order Dentists Spreadsheet | BF0065606-BF0069896 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 77 | P | 10/23/2015 Infogroup UCC Order Equipment Leasing Spreadsheet | BF0058602-BF0065605 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 78 | P | 10/28/2015 ADA Dental List Home Address Spreadsheet | BF0070569-BF0071158 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 79 | P | 11/10/2015 Better Finance SmartBiz Excel Eligibility Checklist, Production Round One | BF0071164-BF0071164 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 80 | P | 11/13/2015 SmartBiz Case Study: SBA Working Capital Loan with Leasing | BF0071168-BF0071169 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 81 | P | 11/13/2015 SmartBiz company description | BF0071194 | Evan Singer: likelihood of confusion | | | |

AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 82 | P | 11/18/2015 California Filings Unified Spreadsheet | BF0075589-BF0075621 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 83 | P | 12/03/2015 Infogroup UCC Dentists Spreadsheet | BF0074467-BF0074586 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 84 | P | 12/03/2015 Infogroup UCC Unmatched Spreadsheet | BF0074587-BF0075588 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 85 | P | 12/07/2015 Infogroup UCC Equipment Leasing Spreadsheet | BF0073987-BF0074326 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 86 | P | 12/07/2015 Infogroup UCC MCA Spreadsheet | BF0074327-BF0074466 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 87 | P | 12/09/2015 Meridian Smart Business Loans UCCs_MCA 8885 Spreadsheet | BF0071221-BF0071785 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 88 | P | 12/23/2015 Infogroup UCC Order Dentists Spreadsheet | BF0076733-BF0076897 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 89 | P | 12/23/2015 Infogroup UCC Order Equipment Leasing Spreadsheet | BF0075630-BF0076113 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 90 | P | 12/23/2015 Infogroup UCC Order Other Spreadsheet | BF0077360-BF0082357 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 91 | P | 12/24/2015 Meridian UCC Dentists Spreadsheet | BF0076276-BF0076293 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 92 | P | 12/24/2015 Meridian UCC MCA (Non-Dentists) Spreadsheet | BF0076294-BF0076732 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 93 | P | Target Business Spreadsheet ("Brad's list") | BF0086392-BF0086409 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 94 | P | 12/28/2015 Infogroup UCC Order Factors Spreadsheet | BF0076898-BF0077359 | Evan Singer: likelihood of confusion | | | |

AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 95 | P | 12/29/2015 Infogroup Dentists Spreadsheet | BF0086410-BF0088813 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 96 | P | 12/29/2015 Infogroup Insurance Spreadsheet | BF0090939-BF0092668 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 97 | P | 12/29/2015 Infogroup Legal Spreadsheet | BF0088814-BF0090938 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 98 | P | 09/22/2016 Member Services Email with SmartBiz Sam Club's Ad | BF0092676 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 99 | P | 03/24/2017 Email from Tom Hallstrom to Ezra Friedman and Anthony Collin re SBF & CFA working together? Re: Ezra from Smart ISO agreement for Tom | CC4662-CC4666 | Abraham Cohen: likelihood of confusion | Defendants: H | Plaintiff: Pursuant to FRE803(1), FRE803(3), and/or FRE807, Mr. Hallstrom's statements in TX099 demonstrate his then-existing state of mind (i.e., confusion) and present sense impression of what had been communicated to him during a telephone call with Mr. Cohen.  Further, pursuant to FRE803(6), the document is a business record of Collins Cash, that was produced by Collins Cash in this case. Plaintiff expects that Mr. Cohen will verify that the record was contemporaneous and kept in the course of regular business. Alternatively, TX099 is being offered to impeach the credibility of Mr. Cohen who is expected to testify that he was unaware of any individuals actually being confused between Collins Cash and BillFloat. | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 100 | P | 04/25/2018 Email from report@meltwater.com to Gabriel Gagner re SmartBiz Loans in the Media_ 12 New Results | BF0092855-BF0092857 | Evan Singer: likelihood of confusion and foundation Abraham Cohen: likelihood of confusion | Defendants: F | Plaintiff: TX100 demonstrates that the SmartBiz mark was being widely used in the market, and Plaintiff expects to use the exhibit to impeach Mr. Cohen. Furthermore, if necessary, Mr. Singer can also testify to the foundation for TX0100. | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 101 | P | 05/29/2018 Email to Lauren Bankiewicz forwarding SmartBiz: David Ayers assigned a conversation with Abraham Cohen to themselves | BF0092858-BF0092860 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 102 | J | 05/29/2018-05/30/2018 Email string between Nick Fragoso and Abraham Cohen re SmartBiz Loans – Flying Horse Communication (Singer Depo Ex. 24) | BF0092893-BF0092915 | P: Evan Singer: likelihood of confusion, willfulness<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 103 | J | 08/22/2018 Smart Business Funding Marketing email re Just funded $300,000.00 to an Energy Company! (Singer Depo Ex. 26, ECF No. 50-2 Ex. X) | BF0092916-BF0092920 | P: Evan Singer: rebuttal to laches defense<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 104 | P | 08/22/2018-11/08/2019 Sample Smart Business Funding Marketing emails (ECF No. 50-1 Ex. T) | | Evan Singer: likelihood of confusion, rebuttal to laches defense | | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 105 | J | 08/28/2018 Email to Lauren Bankiewicz forwarding re SmartBiz: Tiffany Martinez closed a conversation with Abraham Cohen (Singer Depo Ex. 28) | BF0092922-BF0092924 | P: Evan Singer: likelihood of confusion<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, F | Defendants: Abraham Cohen will provide the foundation for the document as the CEO and sole employee of Collins Cash. It is an admission against interest per FRE 804(b)(3). | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 106 | J | 09/07/2018 Email to Lauren Bankiewicz forwarding message from Tiffany Martinez to Abraham Cohen re [SmartBiz] Smart Business Funding: 'SBF-Smart Business Funding' (Singer Depo Ex. 29) | BF0092925-BF0092927 | P: Evan Singer: likelihood of confusion Abraham Cohen: impeachment and willfulness<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 107 | P | 09/18/2018 [AEO] Email from the SmartBiz team to Abraham Cohen re SmartBiz Introduces Non-SBA Bank Term Loans | CC3613-CC3615 | Evan Singer: likelihood of confusion Abraham Cohen: impeachment and willfulness | | | |
| Trial Ex. 108 | J | 09/20/2018 Email notice of new voice message to Nick Fragoso from Mike Brooks (Singer Depo Exs. 21, 30) | BF0092928-BF0092929 | P: Evan Singer: likelihood of confusion Abraham Cohen: impeachment and willfulness<br><br>D: demonstrative evidence and impeachment evidence | Plaintiff: H, F | Defendants: Abraham Cohen will provide the foundation for the document as the CEO and sole employee of Collins Cash. It is an admission against interest per FRE 804(b)(3). | |

SMRH:4864-0900-6901
AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 109 | P | 07/01/2019 Email re EMC2 Logistics LCC (Cohen Depo Ex. U) | CC1053 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 110 | P | 07/12/2019 Smart Business Funding Marketing email re #SmartBusinessFunding (ECF No. 50-2 Ex. Z) | BF0000006-BF0000007 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 111 | J | 07/16/2019 Email from Tiffany Martinez forwarding email from Mike Brooks to Danny Valenzuela Fwd: Shayne McBride & Associates (Singer Depo Ex. 32) | BF0092933-BF0092934 | P: Evan Singer: likelihood of confusion<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, F | Defendants: Abraham Cohen will provide the foundation for the document as the CEO and sole employee of Collins Cash. It is an admission against interest per FRE 804(b)(3) and a business record per 803(6). | |
| Trial Ex. 112 | J | 07/22/2019 Email notice of new voice message to Merrina Guitteau from Mike Brooks (Singer Depo Ex. 33) | BF0092937-BF0092938 | P: Evan Singer: likelihood of confusion<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, F | Defendants: Abraham Cohen will provide the foundation for the document as the CEO and sole employee of Collins Cash. It is an admission against interest per FRE 804(b)(3) and a business record per 803(6). | |
| Trial Ex. 113 | P | 08/27/2019 [AEO] Email from the SmartBiz Team to Abraham Cohen re Know your client's business debt coverage | CC3478-CC3479 | Abraham Cohen and Evan Singer: likelihood of confusion | | | |
| Trial Ex. 114 | P | 10/22/2019 [AEO] Email from the SmartBiz Team to Abraham Cohen re SEO tips to attract new clients | CC3582-CC3583 | Abraham Cohen and Evan Singer: likelihood of confusion | | | |
| Trial Ex. 115 | P | 10/31/2019 Email from Alan Crystal to Brent Looney Fwd: November and December (Singer Depo Ex. 34, ECF No. 50-2 Ex. AA) | BF0092939-BF0092945 | Evan Singer: likelihood of confusion | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 116 | P | 11/08/2019 Smart Business Funding Marketing email re Thank you to our Veterans (ECF No. 50-1 Ex. AB) | BF0000159-BF0000160 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 117 | J | 11/22/2019 Email from David Singer to Evan Singer fw: we invite you to explore our financing options (Singer Depo Ex. 23) | BF0092870-BF0092871 | P: Evan Singer: likelihood of confusion<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 118 | J | 03/24/2020 Email from Patrick Larkin OnDeck to Choe Lee re Your Application for COLLINS CASH INC. and App #3254427 is Incomplete (Singer Depo Ex. 36) | BF0092886-BF0092887 | P: Evan Singer: likelihood of confusion, willfulness, and rebuttal to laches defense.<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 119 | J | 03/25/2020-04/01/2020 Email string between Travis Kozlovsky and Abraham Cohen re SmartBiz Application for Collins Cash (Singer Depo Ex. 22) | BF0092889-BF0092892 | P: Evan Singer: likelihood of confusion, willfulness<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | | | |
| Trial Ex. 120 | P | https://www.youtube.com/channel/UC4NZufjnhk78iSQNjmG7dIQ/featured | | Evan Singer: likelihood of confusion | | | |

| Trial Ex. 121 | P | https://www.linkedin.com/company/smartbiz-loans/ | | Evan Singer: likelihood of confusion | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 122 | P | https://twitter.com/smartbizloans | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 123 | P | https://www.facebook.com/smartbiz loans | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 124 | P | https://www.instagram.com/smartbi zloans/ | | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 125 | P | 01/2016-09/2020 [SEALED] BillFloat Marketing Costs (ECF No. 50-1 Ex. I) | BF0000179-BF0000181 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 126 | P | 04/14/2020 Cease and desist letter from Robert Hale to Anthony Collin (Cohen Depo Ex. 2, ECF No. 50-1 Ex. AC) | | Abraham Cohen and Evan Singer: likelihood of confusion, willfulness | | | |
| Trial Ex. 127 | P | 05/28/2020 [AEO] Letter from Karl Kronenberger to Anthony Collin re Demand to Cease and Desist Infringement and other unlawful Conduct (ECF No. 50-1 Ex. V) | | Abraham Cohen and Evan Singer: likelihood of confusion, willfulness | | | |
| Trial Ex. 128 | P | 06/19/2020 Letter from Firouzeh Nur-Vaccaro to Karl Kronenberger re Cease and Desist Letter to Smart Business Funding | | Abraham Cohen: likelihood of confusion, willfulness | | | |
| Trial Ex. 129 | P | 09/08/2020 Letter from Karl Kronenberger to Firouzeh Nur-Vaccaro re Final Cease and Desist Letter; Notice to Preserve Documents for Litigation | CC3974-CC3976 | Abraham Cohen and Evan Singer: likelihood of confusion, willfulness | | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 130 | J | 05/02/2020 SMART BUSINESS FUNDING Trademark Application US Serial No. 88898248 (Cohen Depo Ex. 3, Keegan Depo Ex. AH, ECF No. 42 Ex. 55, ECF No. 50 Ex. W) | | P: Abraham Cohen and Mark Keegan: likelihood of confusion, willfulness<br><br>D: Abraham Cohen: demonstrative evidence and supporting testimonial evidence from percipient witness; public record | Plaintiff: MIL, H | Defendants: Defendants have opposed the MIL. This is a public record per FRE 803(8). | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 131 | J | 10/20/2020 Email notice of new voice mail message to Nick Fragoso from Mike Brooks (Singer Depo Exs. 31, 38) | BF0092948-BF0092949 | P: Evan Singer: rebuttal evidence to laches defense<br><br>D: Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, F, R, P | Defendants: Evan Singer is the corporate witness for this document. It is a business record 803(6) and recorded recollection 803(5). It shows plaintiff continuing to accept referrals from Collins Cash. | |
| Trial Ex. 132 | P | 05/10/2022 SmartBiz Business Partners List (ECF No. 50-1 Ex. A) | | Evan Singer: likelihood of confusion, rebuttal evidence to laches defense | | | |
| Trial Ex. 133 | J | 02/25/2013 Certificate of Incorporation of Collins Cash Inc. | CC313-314 | P: Abraham Cohen: foundational evidence<br><br>D: Abraham Cohen: demonstrative evidence and supporting testimonial | | | |

| | | | | evidence; public record | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 134 | P | 2017-2015 Aleks Flom Emails (ECF No. 50-1 Ex. B) | | Evan Singer: rebuttal evidence to laches defenses | Defendants: H, F, R, IC | Plaintiff: Pursuant to FRE801, these emails are not hearsay to the extent they are not being offered to prove the truth of the statements in those emails, but instead, to demonstrate that BillFloat sent out emails with those statements (e.g., "I wanted to connect with you in regards to our strategic partnership program."), to a large list of potential partners. Furthermore, pursuant to FRE803(3), they demonstrate Mr. Flom's state of mind regarding specific intent to target individual companies based on their presence on a marketing list, as opposed to his personal knowledge. Also, Pursuant to FRE803(6), Mr. Singer will establish that these emails are business records of BillFloat that were contemporaneously recorded and kept in the ordinary course of business. Mr. Singer will further testify as to their foundation and relevance, in particular, to rebut Defendants' laches | |

AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | theory that a 2015 email from Mr. Flom to Collins Cash allegedly demonstrates knowledge of the Smart Business Funding mark that should be imputed to Plaintiff. Further, the emails compiled in TX134 are complete records. | |
| Trial Ex. 135 | P | Smart Business Funding Site (ECF No. 50-1 Ex. M) | | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 136 | P | 11/06/2021-12/16/2014 Analytics – smartbusinessfunder.com (Cohen Depo Ex. AA) | | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 137 | J | 12/16/2014 Email from Danny Koshanfar to Anthony Collin re 5 names | CC327-CC328 | P: Abraham Cohen: likelihood of confusion, willfulness<br><br>D: Abraham Cohen, demonstrative evidence and supporting testimonial evidence | Plaintiff: H, F, R, P | Defendants: Abraham Cohen will provide the foundation for this document as a recorded recollection of when Collins Cash adopted SMART BUSINESS FUNDING | |
| Trial Ex. 138 | P | 12/17/2014 Email from domain.com to Abraham Cohen re Import: Please validate your domain name (smartbusinessfunder.com) | CC363 | Abraham Cohen: likelihood of confusion, willfulness | | | |

SMRH:4864-0900-6901

Case No. 3:20-cv-09325-EMC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 139 | J | 12/17/2014 Email from domain.com to Abraham Cohen re Your Domain.Com Order Confirmation & Login Info (smartbusinessfunder.com) | CC335-CC336 | P: Abraham Cohen: likelihood of confusion, willfulness<br><br>D: Abraham Cohen, demonstrative evidence and supporting testimonial evidence | Plaintiff: H, F, R, P | Defendants: Abraham Cohen will provide the foundation for this document as a business record (803(6)) of when Collins Cash adopted SMART BUSINESS FUNDING | |
| Trial Ex. 140 | P | 12/30/2014-01/01/2015 [AEO] Email string between Abraham Cohen and Bob Nelson re Smart Business Funding Social Media | CC3599 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 141 | P | 02/03/2015 BillFloat Better Finance SmartBiz Tradeshow Banner, Design Proof Round 9 | BF0000271-BF0000274 | Evan Singer: likelihood of confusion and foundation Abraham Cohen: likelihood of confusion, willfulness | | | |
| Trial Ex. 142 | P | 02/20/2015 [AEO] Email from Abraham Cohen to Bob Nelson re Smart Business Funding – Marketing Project | CC3598 | Abraham Cohen: likelihood of confusion, willfulness | | | |
| Trial Ex. 143 | J | 03/11/2015-07/15/2021 Location Report | CC331-CC334 | P: Abraham Cohen: likelihood of confusion<br><br>D: Abraham Cohen: demonstrative evidence and supporting testimonial evidence | | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 144 | P | 05/20/2015 [AEO] Email from Anthony Collin to Ignite Visibility re Top Industries | CC4807-CC4810 | Abraham Cohen: likelihood of confusion, willfulness | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 145 | P | 09/15/2015 [AEO] Email from Google AdWords to Anthony Collin re Your AdWords account: Ads not running due to AdWords Advertising Policies | CC4851-CC4852 | Abraham Cohen: likelihood of confusion, willfulness | | | |
| Trial Ex. 146 | P | 04/14/2016 [AEO] Email from Anthony Collins to Giselle Delfin Email re Your ISO Called Me-Please Call Him Back and Update us. (Cohen Depo Ex. R, ECF No. 50-1 Ex. Q) | CC1021 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 147 | P | 05/18/2016 Email re Spauling Insurance Agency (Cohen Depo Ex. S) | CC1022 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 148 | P | 06/05/2016 [AEO] Email from Anthony Collin to Andrew Graham re How it works | CC4339 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 149 | P | 06/01/2016-06/07/2016 [AEO] Email string between Anthony Collin and Mikel Bruce re smartbusinessfunder.com – website contract | CC4721-CC4729 | Abraham Cohen: likelihood of confusion | | | |
| Trial Ex. 150 | J | 01/11/2017 SmartBiz Partner Program Terms and Conditions (Cohen Depo Ex. 6, Singer Depo Ex. 25, ECF No. 50 Ex. U) | BF0092800-BF0092811 | P: Abraham Cohen and Evan Singer: likelihood of confusion, rebuttal evidence to laches defense.<br><br>D: Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: F, H, R, P, IC | Defendants: Abraham Cohen will provide the foundation for this document. It is a business record of the terms of the arrangement between the parties (803(6)). | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 151 | P | 05/29/2018 [AEO] Email from SmartBiz Team to Abraham Cohen re Anthony has joined you team on Partner Assist! | CC3382 | Abraham Cohen: likelihood of confusion, willfulness | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 152 | J | 06/06/2018 Email re Approved SmartBiz Partner (Cohen Depo Ex. Y, ECF No. 50-1 Ex. E) | CC1171 | P: Abraham Cohen: likelihood of confusion, willfulness<br><br>D: Abraham Cohen: demonstrative evidence and supporting testimonial evidence | Plaintiff: F, H, R, P, IC | Defendants: Abraham Cohen will provide the foundation for this document. It is a business record of the terms of the arrangement between the parties (803(6)) and timing of relationship. | |
| Trial Ex. 153 | P | 06/19/2018 Email between Murray Steinman and Mike Brooks FW: It's summer! Is your business ready to grow? (Cohen Depo Ex. Z, ECF No. 50-1 Ex. P) | CC1189 | Abraham Cohen: likelihood of confusion Steinman: impeachment | Defendants: H, F | Plaintiff: Pursuant to FRE803(1), FRE803(3), and/or FRE807, Mr. Steinman's statements in TX153 demonstrate his then-existing state of mind (i.e., confusion) and present sense impression of what had been communicated to him in an email. Further, pursuant to FRE803(6), the document is a business record of Collins Cash, that was produced by Collins Cash in this case. Plaintiff expects that Mr. Cohen will verify that the record was contemporaneous and kept in the course of regular business. Alternatively, TX153 is being offered to impeach the credibility of Mr. Cohen who is expected to testify that he was unaware of any | |

AMENDED JOINT EXHIBIT LIST

| | | | | | individuals actually being confused between Collins Cash and BillFloat. | |
|---|---|---|---|---|---|---|
| Trial Ex. 154 | P | 05/13/2019 [AEO] Email string between Abraham Cohen and Pamela Maida re Deal | CC3557 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 155 | P | 01/29/2020 [AEO] Email from Phillip Bailey to Abraham Cohen and others re Funded – Elizabeth Wormald (Penrith Inc) – Deal ID 19629077 | CC3741-CC3742 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 156 | P | 02/01/2021 [AEO] Emails between Michael Brumback and Anthony Collins re Following Up (ECF No. 50-1 Ex. O) | CC1127-CC1132 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 157 | P | 03/11/2021 Email from smartbusinessfunding@smartbusinessfunding.co to evan@smartbizloans.com re March Madness! | BF0092838-BF0092839 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 158 | P | 03/24/2021 Email re Martin's Home for Services Inc. (Cohen Depo Ex. X) | CC1138 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 159 | P | 10/21/2020 Email from smartbusinessfunding@smartbusinessfunding.co to evan@smartbizloans.com re October Surprise Funding! | BF0092828-BF0092829 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 160 | P | 11/07/2021 Email from Tevra L. Smith (Cohen Depo Ex. Q) | CC1018 | Abraham Cohen: likelihood of confusion | | |
| Trial Ex. 161 | P | 12/07/2021-12/08/2021 [AEO] Emails between Yosef Scheff and Anthony Collins re Commission (ECF No. 50-1 Ex. R) | CC4123-CC4124 | Abraham Cohen: likelihood of confusion | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 162 |   | [AEO] Social Media Brand Expansion | CCE19 | Abraham Cohen: likelihood of confusion |   |   |   |
|---|---|---|---|---|---|---|---|
| Trial Ex. 163 | P | 2014-2021 Master Loan Spreadsheet (Cohen Depo Ex. P) |   | Abraham Cohen: likelihood of confusion |   |   |   |
| Trial Ex. 164 | P | 2015-2020 [AEO] Copies of Smart Business Funding Merchant Cash Advance Agreements | CC364-887 | Abraham Cohen: likelihood of confusion |   |   |   |
| Trial Ex. 165 | J | 2020 [AEO] Collins Cash Inc. Tax Return for 2020 (Cohen Depo Ex. AC) | CC982-CC1015 | P: Abraham Cohen and Stan Smith: damages<br><br>D: Abraham Cohen: demonstrative evidence and supporting testimonial evidence. |   |   |   |
| Trial Ex. 166 | J | 2020 [AEO] Collins Cash Inc. Tax Returns for 2015-2018 | CC108-CC199 | P: Abraham Cohen and Stan Smith: damages<br><br>D: Abraham Cohen: demonstrative evidence and supporting testimonial evidence. |   |   |   |
| Trial Ex. 167 | J | 2020 [AEO] Collins Cash Inc. Tax Return for 2019 | CC207-CC216 | P: Abraham Cohen and Stan Smith: damages<br><br>D: Abraham Cohen: demonstrative evidence and |   |   |   |

AMENDED JOINT EXHIBIT LIST

| | | | | supporting testimonial evidence. | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 168 | P | Collins Cash Financials - 2021-present | CC5308-CC5381 | Abraham Cohen and Stan Smith: damages | | | |
| Trial Ex. 169 | P | 05/10/2022 Stan Smith's Curriculum Vitae | | Stan Smith: damages | | | |
| Trial Ex. 170 | P | 05/10/2022 Table 1 from Expert Report of Stan Smith | | Stan Smith: damages | | | |
| Trial Ex. 171 | P | 05/10/2022 Table 2 from Expert Report of Stan Smith | | Stan Smith: damages | | | |
| Trial Ex. 172 | P | 05/10/2022 Table 3 from Expert Report of Stan Smith | | Stan Smith: damages | | | |
| Trial Ex. 173 | P | 05/10/2022 Table 4 from Expert Report of Stan Smith | | Stan Smith: damages | | | |
| Trial Ex. 174 | P | 05/10/2022 Table 5 from Expert Report of Stan Smith | | Stan Smith: damages | | | |
| Trial Ex. 175 | P | 05/10/2022 Spreadsheet of Collins Cash's Business Deals | | Stan Smith: damages | | | |
| Trial Ex. 176 | P | [AEO] 05/10/2022 Financial Statements from Collins Cash from 2015-2020; | | Stan Smith: damages | | | |
| Trial Ex. 177 | P | 05/10/2022 List of Collins Cash's Current Outstanding Business Debts | | Stan Smith: damages | | | |
| Trial Ex. 178 | P | 05/10/2022 Mark Keegan's Curriculum Vitae | | Mark Keegan: likelihood of confusion, impeachment | | | |
| Trial Ex. 179 | P | 02/18/2022-03/01/2022 Raw Data (Kegan Depo Ex. AK, ECF No. 43-1 Ex. 6) | | Mark Keegan: likelihood of confusion, impeachment | | | |

| Trial Ex. 180 | P | 04/26/2022 Email from Gordon Gray to Jesse Salen, et al. Re: SmartBiz v. Collins - Expert Data (ECF No. 43-1 Ex. 7) | | Mark Keegan: likelihood of confusion, impeachment | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 181 | J | 2011 Reference Guide on Survey Research (Federal Judicial Center ed., 3d ed. 2011) by Shari Seidman Diamond (ECF No. 43-1 Ex. 8) | | P: Melissa Pittaoulis and Mark Keegan: likelihood of confusion and rebuttal. Mark Keegan: impeachment<br><br>D: Melissa Pittaoulis, demonstrative and impeachment evidence | The parties stipulate that this exhibit may be used at trial in accordance with Fed. R. Evid. 803(18), but will not be entered as an exhibit. | | |
| Trial Ex. 182 | P | 2013 Trademark Surveys by Jacob Jacoby, Vol. 1, Design, Implementing, and Evaluating Surveys 507 (American Bar Association 2013) (ECF No. 43-1 ~~Ex. 9~~) | | Melissa Pittaoulis and Mark Keegan: likelihood of confusion and rebuttal Mark Keetan: impeachment | The parties stipulate that this exhibit may be used at trial in accordance with Fed. R. Evid. 803(18), but will not be entered as an exhibit. | | |
| Trial Ex. 183 | J | 2014 Control Groups In Lanham Act Surveys by Eugene P. Ericksen and Melissa A. Pittaoulis (ECF No. 49-1 Ex. 76) | | P: Melissa Pittaoulis and Mark Keegan: likelihood of confusion and rebuttal. Mark Keegan: impeachment<br><br>D: Melissa Pittaoulis, demonstrative and impeachment evidence | The parties stipulate that this exhibit may be used at trial in accordance with Fed. R. Evid. 803(18), but will not be entered as an exhibit. | | |

AMENDED JOINT EXHIBIT LIST

| Trial Ex. 184 | J | 2016 Eveready And Squirt Cognitively Updated by Jerre B. Swann (ECF No. 49-1 Ex. 77) | | P: Melissa Pittaoulis and Mark Keegan: likelihood of confusion and rebuttal. Mark Keegan: impeachment<br><br>D: Melissa Pittaoulis, demonstrative and impeachment evidence | | The parties stipulate that this exhibit may be used at trial in accordance with Fed. R. Evid. 803(18), but will not be entered as an exhibit. | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 185 | P | 2022 6 McCarthy on Trademarks and Unfair Competition § 32:159 (5th ed.) (ECF No. 43-1 Ex. 3) | | Melissa Pittaoulis and Mark Keegan: likelihood of confusion and rebuttal Mark Keegan: impeachment | | The parties stipulate that this exhibit may be used at trial in accordance with Fed. R. Evid. 803(18), but will not be entered as an exhibit. | |
| Trial Ex. 186 | J | Experimental Design and the Selection of Controls in Trademark and Deceptive Advertising Surveys by Jacob Jacoby, 92 Trademark Reporter 890 (ECF No. 49-1 Ex. 78) | | P: Melissa Pittaoulis and Mark Keegan: likelihood of confusion and rebuttal. Mark Keegan: impeachment<br><br>D: Melissa Pittaoulis, demonstrative and impeachment evidence | | The parties stipulate that this exhibit may be used at trial in accordance with Fed. R. Evid. 803(18), but will not be entered as an exhibit. | |
| Trial Ex. 187 | P | 09/19/2019 Right Reverend Charles G. vonRosenberg, et al., the Episcopal Church v. the Right Reverend Mark J. Lawrence, case no. 2:13-cv-00587-RMG, Order and Opinion (Keegan Depo Ex. AI) | | Mark Keegan: rebuttal and impeachment | Defendants: H, R, MIL, P | Plaintiff: TX187 is a public record pursuant to FRE803(8). Plaintiff intends to use TX187 to impeach Mr. Keegan about the reliability of his survey methodology. Plaintiff's position is further | |

AMENDED JOINT EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | explained in its opposition brief to Defendants' Motion in Limine No. 3 (ECF No. 82 at 7-10.) | |
| Trial Ex. 188 | P | 08/13/2021 Beyond Blonde v. Heldman III, CV 20-5581 DSF (GJSx), Order DENYING Defendant and Counterclaimant Comedy MX, LLC's Motion for a Preliminary Injunction (Keegan Depo Ex. AG) | | Mark Keegan: rebuttal and impeachment | Defendants: H, R, MIL, P | Plaintiff: TX188 is a public record pursuant to FRE803(8). Plaintiff intends to use TX188 to impeach Mr. Keegan about the reliability of his survey methodology. Plaintiff's position is further explained in its opposition brief to Defendants' Motion in Limine No. 3 (ECF No. 82 at 7-10.) | |
| Trial Ex. 189 | P | 11/20/2021 Kudos Inc. v. Kudoboard LLC, et al., case no. 20-cv-01876-SI, Order re: Pending Motions (Keegan Depo Ex. AJ) | | Mark Keegan: rebuttal and impeachment | Defendants: H, R, MIL, P | Plaintiff: TX189 is a public record pursuant to FRE803(8). Plaintiff intends to use TX189 to impeach Mr. Keegan about the reliability of his survey methodology. Plaintiff's position is further explained in its opposition brief to Defendants' Motion in Limine No. 3 (ECF No. 82 at 7-10.) | |
| Trial Ex. 190 | P | 05/31/2022 Melissa Pittaoulis' Curriculum Vitae | | Melissa Pittaoulis: likelihood of confusion | | | |
| Trial Ex. 191 | P | 07/01/2015 UCC Order All Lenders Spreadsheet | BF0021804-BF0053219 | Evan Singer: likelihood of confusion | | | |
| Trial Ex. 192 | | INTENTIONALLY LEFT BLANK | | | | | |

AMENDED JOINT EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| Trial Ex. 193 | D | Document with the "Amazon" logo (Singer Depo Ex. 13) | | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: F, R, P, H | Defendants: It is a public record and/or subject to judicial notice as to the public's knowledge of the Amazon logo. It goes to the Sleekcraft factors on sight. |
| Trial Ex. 194 | D | Document with the "Amazon" logo (Singer Depo Ex. 14) | | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: F, R, P, H | Defendants: It is a public record and/or subject to judicial notice as to the public's knowledge of the Amazon logo. It goes to the Sleekcraft factors on sight. |
| Trial Ex. 195 | D | Document with the "Amazon" logo | | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: F, R, P, H | Defendants: It is a public record and/or subject to judicial notice as to the public's knowledge of the Amazon logo. It goes to the Sleekcraft factors on sight. |
| Trial Ex. 196 | D | Singer Depo Ex. 27 | BF0092921 | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, R, P | Defendants: It is a recorded recollection per 803(5) and shows plaintiff's knowledge of defendant's use of mark. |
| Trial Ex. 197 | D | Singer Depo Ex. 34 | BF0092939-BF0092945 | Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, R, P | Defendants: It is an admission against interest per 804(b)(3). |
| Trial Ex. 198 | D | Email dated 8/31/15, Subject: SmartBiz Loans Partnership Opportunity | CC217 | Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: H, R, P | Defendants: It is an admission against interest per 804(b)(3) and a business record per 803(6). |
| Trial Ex. 199 | D | Screen capture of sbnonline.com (Singer Depo Ex. 40) | | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: A, H, R | Defendants: Abraham Cohen will authenticate the document. It is a present sense impression for |

AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | consumers in the marketplace (803(1). | |
| Trial Ex. 200 | D | Screen capture of Smart Business Credit (Singer Depo Ex. 41) | | Evan Singer: demonstrative evidence and impeachment | Plaintiff: A, H, R, P | Defendants: Abraham Cohen will authenticate the document. It is a present sense impression for consumers in the marketplace (803(1). | |
| Trial Ex. 201 | D | Screen capture of SmartBusinessDealmakers.com (Singer Depo Ex. 42) | | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: A, H, R, P | Defendants: Abraham Cohen will authenticate the document. It is a present sense impression for consumers in the marketplace (803(1). | |
| Trial Ex. 202 | D | Screen capture for SBS, Smart Business Solutions, LLC (Singer Depo Ex. 43) | | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: A, H, R, P | Defendants: Abraham Cohen will authenticate the document. It is a present sense impression for consumers in the marketplace (803(1). | |
| Trial Ex. 203 | D | INTENTIONALLY LEFT BLANK | | | | | |
| Trial Ex. 204 | | INTENTIONALLY LEFT BLANK | | | | | |
| Trial Ex. 205 | D | Text conversation between Abraham Cohen and Danielle Ott, dated May 16, 2018 | BF0092858-BF0092860 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |

| Trial Ex. 206 | | INTENTIONALLY LEFT BLANK | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 207 | | INTENTIONALLY LEFT BLANK | | | | | |
| Trial Ex. 208 | D | SBF website, 2-15-15 | CC218 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence. | Plaintiff: IC, H | Defendants: It is a business record per 803(6) and shows use of mark by defendant Collins Cash | |
| Trial Ex. 209 | D | Office Action, dated July 29, 2020 for U.S. TM Appln. No. 88/898248 for SMART BUSINESS FUNDING | CC940 – CC967 | Abraham Cohen, demonstrative evidence and | Plaintiff: H, R, P | Defendants: It is a public record per 803(8) relevant to likelihood of confusion analysis. | |
| Trial Ex. 210 | D | Response to Office Action, dated August 12, 2020 for U.S. TM Appln. No. 88/898248 for SMART BUSINESS FUNDING | CC902 – CC939 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence; public record | Plaintiff: H, R, P | Defendants: It is a public record per 803(8) relevant to likelihood of confusion analysis. | |
| Trial Ex. 211 | D | Expert Report of Mark Keegan, Exhibit 1 | | Mark Keegan, demonstrative evidence and supporting testimonial evidence. | | | |
| Trial Ex. 212 | D | Expert Report of Mark Keegan, Exhibit 2 | | Mark Keegan, demonstrative evidence and supporting testimonial evidence. | | | |

SMRH:4864-0900-6901
AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 213 | D | Expert Report of Mark Keegan, Exhibit 3 | | Mark Keegan, demonstrative evidence and supporting testimonial evidence. | | | |
| Trial Ex. 214 | D | Expert Report of Mark Keegan, Exhibit 4 | | Mark Keegan, demonstrative evidence and supporting | | | |
| Trial Ex. 215 | D | Expert Report of Mark Keegan, Exhibit 5 [PRODUCED ELECTRONICALLY] | | Mark Keegan, demonstrative evidence and supporting testimonial evidence. | | | |
| Trial Ex. 216 | D | Expert Report of Mark Keegan, Exhibit 6 | | Mark Keegan, demonstrative evidence and supporting testimonial evidence. | | | |
| Trial Ex. 217 | D | Expert Report of Mark Keegan, Exhibit 7 | | Mark Keegan, demonstrative evidence and supporting testimonial evidence. | | | |
| Trial Ex. 218 | D | Debanked Ad – 4/21/2020 | CC1 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |
| Trial Ex. 219 | D | SBF Google listing 4/14/2021 | CC92 | Abraham Cohen, demonstrative evidence and supporting | Plaintiff: H, F, R, P | Defendants: Abraham Cohen will lay the foundation for this document as a sample advertisement of defendant's | |

SMRH:4864-0900-6901
AMENDED JOINT EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | testimonial evidence | | mark. It is a business record per 803(6). | |
| Trial Ex. 220 | | INTENTIONALLY LEFT BLANK | | | | | |
| Trial Ex. 221 | D | Trial testimony declaration of Melissa Pittaoulis in *Gilead* case | | Melissa Pittaoulis, demonstrative evidence and impeachment evidence | Plaintiff: F, H, R, P | Defendants: Dr. Pittaoulis will provide foundation. It is her prior testimony per 804(b)(1). | |
| Trial Ex. 222 | D | TTAB decision | | Melissa Pittaoulis, public record, demonstrative evidence and impeachment evidence | Plaintiff: F, H, R, P | Defendants: It is a public record per 803(8) regarding Dr. Pittaoulis' survey methodology. | |
| Trial Ex. 223 | D | Trade show display – 2021 | CC94 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | Plaintiff: H, R | Defendants: It is a business record per 803(6) showing use of the mark at issue. | |
| Trial Ex. 224 | D | SBF Twitter profile | CC105 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |
| Trial Ex. 225 | D | SBF BBB listing, 04/14/2021 | CC75-CC82, CC85-CC88 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |

SMRH:4864-0900-6901
AMENDED JOINT EXHIBIT LIST

| Trial Ex. 226 | D | SBF FaceBook listing, 04/14/2021 | CC90 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 227 | D | SBF Google Ad, 4/14/2021 | CC91 - CC92 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |
| Trial Ex. 228 | D | SBF Instagram page, 4/14/2021 | CC93 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | | | |
| Trial Ex. 229 | D | SBF Trust Pilot page, 04/14/2021 | CC95 – C104 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence Evan Singer/likelihood of confusion | | | |
| Trial Ex. 230 | D | July 26, 2019 email from Tiffany Martinez (SmartBiz) to Anthony Collin | CC1061 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | Plaintiff: H, R | Defendants: It is a recorded recollection per 803(5) and business record per 803(6) showing plaintiff's ongoing knowledge of defendant's use of mark | |
| Trial Ex. 231 | D | April 17, 2020 email chain with Abraham Cohen, Mike Brooks and Elzy Castillo | CC1074 - 1076 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | Plaintiff: H, R | Defendants: It is a recorded recollection per 803(5) and business record per 803(6) showing plaintiff's ongoing knowledge of defendant's use of mark | |

SMRH:4864-0900-6901
AMENDED JOINT EXHIBIT LIST

| Trial Ex. 232 | D | November 16, 2020 email chain with Mike Brooks and Nick Fragoso | CC1107 - 1123 | Abraham Cohen, demonstrative evidence and supporting testimonial evidence | Plaintiff: H, R | Defendants: It is a recorded recollection per 803(5) and business record per 803(6) showing plaintiff's ongoing knowledge of defendant's use of mark | |
|---|---|---|---|---|---|---|---|
| Trial Ex. 233 | D | Collins Cash, Inc.'s master deals spreadsheet | CC E1 | Abraham Cohen, evidence and supporting demonstrative testimonial evidence | | | |
| Trial Ex. 234 | D | 09/02/2020 Notice of Publication for SMART BUSINESS FUNDING U.S. Trademark Application No. 88898248 (ECF No. 42 Ex. 53) | | Abraham Cohen, demonstrative evidence and supporting testimonial evidence; public record | Plaintiff: MIL | Defendants: Defendants have opposed this MIL. | |
| Trial Ex. 235 | D | 07/15/2020 Letter of Protest concerning U.S. Application Serial No. 88898248 for the mark SMART BUSINESS FUNDING (Singer Depo Ex. 37, ECF No. 42 Ex. 54) | | Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence | Plaintiff: H, R, P, MIL | Defendants: Defendants have opposed this MIL. It is a public record, admission against interest | |
| Trial Ex. 236 | D | 02/19/2021 Email from Marlee Taxy to Brian Griner re Missing information to pay partners (Singer Depo Ex. 44) | BF0092883 | Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: F, H, R, P | Defendants: Mr. Singer has identified himself as the corporate witness for this document. It is an admission against interest per 804(b)(3). | |
| Trial Ex. 237 | D | 04/29/2021 Email chain re Notice of Termination of the SmartBiz Partner Program Terms & Conditions by and between SmartBiz Loans and Collins Cash, Inc. dba Smart Business Funding (the "Agreement") (Singer Depo Ex. 39) | | Abraham Cohen and Evan Singer: demonstrative evidence and impeachment evidence. | Plaintiff: F, H, R, P | Defendants: Abraham Cohen will provide foundation for this document. It is a recorded recollection per 803(5) and business record (803(6)) and shows contract was not terminated until after suit was filed. | |

AMENDED JOINT EXHIBIT LIST