1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MARTIN R. BADER, Cal. Bar No. 222865
3  E mail: mbader@sheppardmullin.com
   JESSE A. SALEN, Cal. Bar No. 292043
4  E mail: jsalen@sheppardmullin.com
   12275 El Camino Real, Suite 100
5  San Diego, California 92130-4092
   Telephone:   858.720.8900
6  Facsimile:   858.509.3691

7  KRONENBERGER ROSENFELD, LLP
   Karl S. Kronenberger (Bar No. 226112)
8  Email: karl@KRInternetLaw.com
   Kelly A. Mulcahy (Bar No. 305472)
9  Email: kelly@KRInternetLaw.com
   150 Post Street, Suite 520
10 San Francisco, CA 94108
   Telephone: (415) 955-1155
11 Facsimile: (415) 955-1158

12 Attorneys for BillFloat Inc.

13

14                  UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 BILLFLOAT INC. DBA SMARTBIZ          Case No. 3:20-cv-09325-EMC
   LOANS, a Delaware corporation,
18                                       **PROOF OF SERVICE**
            Plaintiff,
19
        v.
20
   COLLINS CASH INC. dba SMART          The Hon. Edward M. Chen
21 BUSINESS FUNDING, a New York
   corporation, and ABRAHAM COHEN, an
22 individual,

23          Defendants.

24

25

26

27

28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 100, San Diego, CA 92130-4092.

On October 11, 2022, I served true copies of the following document(s) described as:

**JOINT STATEMENT OF EACH PARTY'S OBJECTIONS TO EXHIBITS FOR ADVANCE RULING AND AMENDED JOINT EXHIBIT LIST and;**

**AMENDED JOINT TRIAL EXHIBIT LIST**

on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Joseph A. Mandour | Attorneys for Defendant |
| Gordon E. Gray | |
| Ben T. Lila | |
| MANDOUR & ASSOCIATES, APC | |
| 8605 Santa Monica Blvd., Suite 1500 | |
| Los Angeles, CA 90069 | |
| jmandour@mandourlaw.com | |
| ggray@mandourlaw.com | |
| blila@mandourlaw.com | |
| | |
| KRONENBERGER ROSENFELD, LLP | Attorneys for BillFloat, Inc. |
| Karl S. Kronenberger (Bar No. 226112) | |
| Email: karl@KRInternetLaw.com | |
| Kelly A. Mulcahy (Bar No. 305472) | |
| Email: kelly@KRInternetLaw.com | |
| 150 Post Street, Suite 520 | |
| San Francisco, CA 94108 | |
| Telephone: (415) 955-1155 | |
| Facsimile: (415) 955-1158 | |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Case No. 3:20-cv-09325-EMC

PROOF OF SERVICE

1        I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3        Executed on October 11, 2022, at San Diego, California.

4

5                            */s/ Corey J. Russ*
                        Corey J. Russ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:20-cv-09325-EMC

PROOF OF SERVICE