UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLFLOAT INC., <br>     Plaintiff, <br> v. <br> COLLINS CASH INC., et al., <br>     Defendants. | Case No. 20-cv-09325-EMC <br><br> **VERDICT FORM** |

**VERDICT FORM**

We, the jury, agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case. Section I should be completed before Section II.

**I.  PLAINTIFF'S TRADEMARK CLAIM UNDER THE LANHAM ACT**

1. Do you find that Plaintiff has established by a preponderance of the evidence that Defendant Collins Cash has infringed the SmartBiz trademarks?

    ___ Yes     _X_ No

2. Do you find that Plaintiff has established by a preponderance of the evidence that Defendant Abraham Cohen has infringed the SmartBiz trademarks?

    ___ Yes     _X_ No

3. If you answered "Yes" to Question 1, do you find that Defendant Collins Cash's infringement was willful?

    ___ Yes     ___ No

4. If you answered "Yes" to Question 2, do you find that Defendant Abraham Cohen's infringement was willful?

    ___ Yes     ___ No

If you answered "Yes" to either Question No. 1 or 2, please proceed to Question No. 5. If you answered "No" to BOTH Question Nos. 1 and 2, please sign the verdict form and turn it into the Court.

5. Please state the total amount of damages, if any, that you award to Plaintiff.

    Damages            $_____

2

## II. LACHES

6. Do you recommend that the Court find that Plaintiff unreasonably delayed bringing suit against Collins Cash and Abraham Cohen?

___ Yes     ___ No

7. If you answered "Yes" to Question No. 6, do you recommend that the Court find that Collins Cash and Abraham Cohen were prejudiced by Plaintiff's delay in bringing suit?

___ Yes     ___ No

JURY FOREPERSON:

Print Name: Lauren Bauer

Date: 11/18/2022

Sign Name: *Lauren Bauer*

After this verdict form has been filled out and signed, please notify the courtroom deputy clerk that you are ready to present your verdict in the courtroom.